## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: ROSLYNN R. MAUSKOPF**        6/10/11         Time: 1 Hour

Case No.: 11-cr-430

DEFENDANT'S NAME: Sassine Razzouk
  X  present   ___not present   ___custody   x bail

DEFENSE COUNSEL: Scott Morvillo
  x  present            x  RET      ___FED DEF.


A.U.S.A.: Daniel Brownell       COURTROOM DEPUTY: Winnie Toribio

COURT REPORTER: Charisee Kitt

X  CASE CALLED            ___DEFENDANT(S) FIRST APPEARANCE

DEFENDANT(S) x  SWORN   ___ ARRAIGNED   x  INFORMED OF RIGHTS
       x  WAIVES TRIAL BEFORE DISTRICT COURT

x  WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT.

___ SUPERSEDING INDICTMENT/INFORMATION FILED.

___ DEFENDANT(S) FAILED TO APPEAR, BENCH WARRANT ISSUED.

X  DEFENDANT ENTER **GUILTY PLEA TO COUNT** 1-4 of the Information.

x  BAIL CONT'D FOR DEFENDANT.

___ DEFENDANT(S) CONT'D IN CUSTODY.

X  SENTENCING Held In Abeyance

___ SENTENCING WILL BE SCHEDULED BY _____.

___ OTHER COMMENTS/RULINGS:_____
The Court grants the governments request to 1) hold the PSR in abeyance and 2) proceeding to be seal.