

| | | |
|---|---|---|
| One World Financial Center<br>27th Floor<br>New York, NY 10281<br>(212) 796-6330 | **MORVILLO LLP** | 1101 17th Street, NW<br>Suite 1006<br>Washington, DC 20036<br>(202) 470-0330 |

www.morvillolaw.com

WRITER'S CONTACT INFORMATION

(212) 796-6351
rcmorvillo@morvillolaw.com

February 24, 2014

**BY ECF**

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Sassine Razzouk, 11 Cr. 430 (RRM)

Dear Judge Mauskopf:

        We represent Mr. Razzouk in this matter and write to update the Court regarding Mr. Razzouk's letter application, dated January 13, 2014 ("Application"). In his Application, Mr. Razzouk requested that the Court modify his conditions of pretrial release and his United States Pretrial Services ("Pretrial Services") reporting requirements. He further sought permission to retrieve his expired passport so that he may renew it. On February 4, 2014, Your Honor granted the Application on condition that Pretrial Services was notified and approved.

        On February 10, 2014, I spoke with Pretrial Services Officer Afonso Fernandes, and Officer Fernandes informed me that he had no objections to the Application. He requested that he be notified whenever Mr. Razzouk intends to travel and that upon the renewal of Mr. Razzouk's passport, he surrender both the new and expired passport. Mr. Razzouk agrees to both of these requests.

        Should the Court require any further information in connection with this, I can be reached at the number listed above.

Respectfully,

*/s/ Robert C. Morvillo*

Robert C. Morvillo

cc:    Assistant United States Attorney Lan Nguyen
       United States Pretrial Services Officer Afonso Fernandes